NATIONAL BEN FRANKLIN LIFE INSURANCE CORP. v.
ROBERT DANIEL SCOTT, SR.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. EDMUND JOSEPH LALONDE.

June 3, 1981.

Petition for certification denied.

IN RE PAROLE APPLICATION OF THOMAS TRANTINO
N.J.S.P. NO. 41608.

June 3, 1981.

Petition for certification granted.   (See 177 *N.J.Super.* 499)

IN RE PAROLE APPLICATION OF THOMAS TRANTINO
N.J.S.P. NO. 41608.

June 3, 1981.

Petition for certification granted.   (See 177 *N.J.Super.* 499)